# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNETTE C. LEWIS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>K-N-J GROCERY, THOMAS C. BOGARD, AND DOES 1-5,<br><br>　　　　　　Defendants. | 8:15CV395<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiffs' Unopposed Motion for Dismissal Without Prejudice (Filing No. 12). Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the Motion should be granted, and the above-captioned action should be dismissed without prejudice. The Court will not assess costs and attorney's fees.

IT IS ORDERED:

1. Plaintiffs' Unopposed Motion for Dismissal Without Prejudice (Filing No. 12) is granted;

2. The above-captioned action is dismissed without prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 20th day of January, 2016

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　Chief United States District Judge